**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)      Case Number **11−60205−abf7**

## UNITED STATES BANKRUPTCY COURT
### *WESTERN DISTRICT of MISSOURI*

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 2/9/11 and was converted to a case under chapter 7 on 6/26/13 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. *Creditors−Do not file this notice in connection with any proof of claim you submit to the court.*

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Victoria Lynn Long
aka Vicki Lynn Long
1605 E. Hines
Apt. 107B
Republic, MO 65738

| | |
|---|---|
| Case Number:<br>11−60205−abf7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7945 |
| Attorney for Debtor(s) (name and address):<br>Kenneth P. Reynolds<br>Reynolds, Gold & Grosser<br>1240 E. Independence St., Suite 200<br>Springfield, MO 65804<br>Telephone number: 417−864−4700 | Bankruptcy Trustee (name and address):<br>Fred Charles Moon<br>Moon & Moon, Attorneys at Law, P.C.<br>1441 East Primrose Street<br>Springfield, MO 65804<br>Telephone number: 417−862−3735 |

### Meeting of Creditors

Date: **August 9, 2013**      Time: **08:00 AM**
Location: **Bankruptcy Courtroom, 222 North John Q. Hammons Parkway, Springfield, MO 65806**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/8/13**

### Deadline to Object to Exemptions:
30 days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list
or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Bankruptcy Clerk's Office:** www.mow.uscourts.gov<br><br>400 E. 9th Street, Room 1510<br>Kansas City, MO 64106<br>Telephone Number: 816−512−1800<br>VCIS Number toll free: 866−222−8029 | **For the Court:**<br>Court Executive:<br>Ann Thompson |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 6/28/13 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 14 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
Pursuant to 11 USC § 727 (a)(12), creditors and parties in interest seeking to delay or postpone debtor(s)' discharge on grounds that 11 USC § 522 (q)(1) may be applicable to debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC § 522 (q)(1)(A) or may be liable for a debt as described in 11 USC § 522 (q)(1)(B) must file a motion to delay or postpone such discharge prior to the last day to object to the discharge, as set out above. If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access.
**To obtain a claim form go to:** http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current/B_010.pdf

**EXPLANATIONS** FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                          United States Bankruptcy Court
                           Western District of Missouri
In re:                                                                    Case No. 11-60205-abf
Victoria Lynn Long                                                        Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0866-6          User: parlec             Page 1 of 4                  Date Rcvd: Jun 28, 2013
                              Form ID: b9a             Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2013.
db           #+Victoria Lynn Long,    1605 E. Hines,    Apt. 107B,    Republic, MO 65738-1207
tr            +Fred Charles Moon,    Moon & Moon, Attorneys at Law, P.C.,    1441 East Primrose Street,
                Springfield, MO 65804-4289
13847910      ASF International,    640 Plaza Drive,    Suite 300,    Littleton CO 80129-2399
13847911     +AT&T Universal Card/Citibank, N.A.,    P.O. Box 6284,    Sioux Falls SD 57117-6284
13847907      Air Tran/Barclays Bank Delaware,    P.O. Box 13337,    Philadelphia PA 19101-3337
13847914      Berlin-Wheeler, Inc.,    P.O. Box 463,    Jefferson City MO 65102-0463
13847916      Carnival/Barclays Bank Delaware,    P.O. Box 13337,    Philadelphia PA 19101-3337
13899797     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13847919     +Cox Health Physicians Billing Service,    c/o Accounts Receivable Tracking Service,    P.O. Box 464,
                Jefferson City MO 65102-0464
13847920     +Cox Medical Centers,    1423 N. Jefferson,    Springfield MO 65802-1988
13847921     +Cox Regional Services,    Physicians Billing Service,    Bone and Joint Center,
                3555 S. National Ave., Suite 400,    Springfield MO 65807-7312
13847922     +David Westfall,    112 N. Cottonwood Ave.,    Republic MO 65738-1622
13847924      Direct Loan Servicing Systems,    P.O. Box 5609,    Greenville TX 75403-5609
13847937     +Matthew L. Placzek, Esq.,    901 St. Louis Street,    20th Floor,    Springfield MO 65806-2592
13847946     +St. John's Regional Health Center,    1235 E. Cherokee,    Springfield MO 65804-2203
13847948      U.S. Airways/Barclays Bank Delaware,    P.O. Box 13337,    Philadelphia PA 19101-3337
13847949     +U.S. Attorney,    Room 5510 U.S. Courthouse,    400 East 9th Street,    Kansas City MO 64106-2607
13938006      US Department of Education,    Direct Loan SVC,    PO Box 5609,    Greenville, TX 75403-5609
13847951    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,     P.O. Box 790298,    Saint Louis MO 63179-0000)
13866539     +Walter E. Tracy,    198 Red Oak Lane,    Winfield, MO 63389-2304
13847952      Walter Tracy,    198 Red Oak Lane,    Winfield MO 63389-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: rggbank3@rgglaw.net Jun 28 2013 20:35:16     Kenneth P. Reynolds,
               Reynolds, Gold & Grosser,    1240 E. Independence St., Suite 200,    Springfield, MO 65804
smg           E-mail/Text: ecfnotices@dor.mo.gov Jun 28 2013 20:35:39     Missouri Department of Revenue,
               General Counsel's Office,    PO Box 475,    Jefferson City, MO 65105-0475
13847908     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 28 2013 20:36:05     ALW Sourcing, LLC,
               1804 Washington Blvd.,    Baltimore MD 21230-1700
13939513      EDI: BECKLEE.COM Jun 28 2013 20:33:00     American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
13847909      EDI: AMEREXPR.COM Jun 28 2013 20:33:00     American Express/Hilton Honory,    P.O. Box 650448,
               Dallas TX 75265-0448
13902615      EDI: AIS.COM Jun 28 2013 20:33:00     American InfoSource LP as agent for WFNNB,    as assignee of,
               Victoria's Secret,    PO Box 248872,    Oklahoma City, OK  73124-8872
13931483      EDI: AIS.COM Jun 28 2013 20:33:00     American InfoSource LP as agent for WFNNB,    as assignee of,
               Express,    PO Box 248872,    Oklahoma City, OK  73124-8872
13891304     +EDI: OPHSUBSID.COM Jun 28 2013 20:33:00      BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13847912      EDI: RMSC.COM Jun 28 2013 20:33:00     Banana Republic,    P.O. Box 981084,
               El Paso TX 79998-1084
13847913      EDI: BANKAMER.COM Jun 28 2013 20:33:00     Bank of America,    P.O. Box 15026,
               Wilmington DE 19850-5026
13847915     +EDI: HFC.COM Jun 28 2013 20:33:00     Best Buy Co./HSBC,    P.O. Box 15521,
               Wilmington DE 19850-5521
13973980     +EDI: OPHSUBSID.COM Jun 28 2013 20:33:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14570153     +EDI: BASSASSOC.COM Jun 28 2013 20:33:00     Capital One, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
13903606      EDI: CHASE.COM Jun 28 2013 20:33:00     Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
13847917     +EDI: CHASE.COM Jun 28 2013 20:33:00     Chase Bank USA, N.A./Disney Rewards,
               800 Brooksedge Blvd.,    Westerville OH 43081-2822
13847918     +EDI: CHASE.COM Jun 28 2013 20:33:00     Chase Bank USA, N.A./WaMu,    800 Brooksedge Blvd.,
               Westerville OH 43081-2822
13847925      EDI: DISCOVER.COM Jun 28 2013 20:33:00     Discover Financial Services, LLC,    P.O. Box 15316,
               Wilmington DE 19850-5316
13856389     +EDI: TSYS2.COM Jun 28 2013 20:33:00     Department Stores National Bank/Macy's,
               Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13847923     +EDI: RMSC.COM Jun 28 2013 20:33:00     Dillards/GE Money Bank,    P.O. Box 981432,
               El Paso TX 79998-1432
13851096      EDI: DISCOVER.COM Jun 28 2013 20:33:00     Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany,  OH  43054-3025
14252791     +EDI: RESURGENT.COM Jun 28 2013 20:33:00     East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13847926     +EDI: WFNNB.COM Jun 28 2013 20:33:00     Express/WFNNB,    P.O. Box 330066,    Denver CO 80233-8066
13847927     +E-mail/Text: vlove@eyesurgeons-spr.com Jun 28 2013 20:35:40     Eye Surgeons of Springfield,
               3800 S. National Avenue,    Springfield MO 65807-5284
```

```
District/off: 0866-6          User: parlec              Page 2 of 4                   Date Rcvd: Jun 28, 2013
                              Form ID: b9a              Total Noticed: 80


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13908869      +EDI: BANKAMER.COM Jun 28 2013 20:33:00      FIA Card Services, NA as successor in interest to,
               Bank of America NA and MBNA America Bank,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
13847928      +EDI: HFC.COM Jun 28 2013 20:33:00      Furniture Row/HSBC,    P.O. Box 15521,
               Wilmington DE 19850-5521
13847929       EDI: RMSC.COM Jun 28 2013 20:33:00      GAP/GE Money Bank,    P.O. Box 530942,
               Atlanta GA 30353-0942
14496752       EDI: RECOVERYCORP.COM Jun 28 2013 20:33:00      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13847930      +EDI: RMSC.COM Jun 28 2013 20:33:00      GE Money Bank,    Attn: Bankruptcy Dept.,    P.O. Box 103104,
               Roswell GA 30076-9104
13857857       EDI: RESURGENT.COM Jun 28 2013 20:33:00      GE Money Bank,    c/o B-Line, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
14002005       EDI: RECOVERYCORP.COM Jun 28 2013 20:33:00      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14635447       EDI: RECOVERYCORP.COM Jun 28 2013 20:33:00      Granite Recovery LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13883255      +EDI: BASSASSOC.COM Jun 28 2013 20:33:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13847931       EDI: RMSC.COM Jun 28 2013 20:33:00      IKEA,    P.O. Box 530993,   Atlanta GA 30353-0993
13847933       EDI: IRS.COM Jun 28 2013 20:33:00      Internal Revenue Service,
               Collection Division Stop 5334 STL,    P.O. Box 66778,    Saint Louis MO 63166-0000
13847932       EDI: IRS.COM Jun 28 2013 20:33:00      Internal Revenue Service,    Insolvency Section,
               P.O. Box 7346,    Philadelphia PA 19101-7346
13847934       EDI: RMSC.COM Jun 28 2013 20:33:00      JC Penney/GE Money Bank,    P.O. Box 960090,
               Orlando FL 32896-0090
13847935       EDI: CBSKOHLS.COM Jun 28 2013 20:33:00      Kohl's,    P.O. Box 2983,    Milwaukee WI 53201-2983
13847940       E-mail/Text: bankruptcydepartment@ncogroup.com Jun 28 2013 20:36:05
               NCO Financial Systems, Inc.,    P.O. Box 13570,    Philadelphia PA 19101-3570
13847936       EDI: TSYS2.COM Jun 28 2013 20:33:00      Macy's/DSNB,    9111 Duke Blvd.,    Mason OH 45040-8999
14649429       EDI: AIS.COM Jun 28 2013 20:33:00      Midland Funding LLC,    by American InfoSource LP as agent,
               PO Box 4457,    Houston, TX  77210-4457
13847938       E-mail/Text: ecfnotices@dor.mo.gov Jun 28 2013 20:35:39      Missouri Department of Revenue,
               P.O. Box 3370,    Jefferson City MO 65105-3370
13956095       E-mail/Text: ecfnotices@dor.mo.gov Jun 28 2013 20:35:39      Missouri Department of Revenue,
               PO Box 475,    Jefferson City MO 65105-0475
14292548      +E-mail/Text: bknotice@ncmllc.com Jun 28 2013 20:35:25      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13847941       EDI: WFNNB.COM Jun 28 2013 20:33:00      New York & Company/WFNNB,    P.O. Box 659728,
               San Antonio TX 78265-9728
13891308      +EDI: OPHSUBSID.COM Jun 28 2013 20:33:00      OAK HARBOR CAPITAL II LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13847942       EDI: RMSC.COM Jun 28 2013 20:33:00      Old Navy/GE Money Bank,    P.O. Box 530942,
               Atlanta GA 30353-0942
13987287       EDI: PRA.COM Jun 28 2013 20:33:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk VA 23541
13974609       EDI: PRA.COM Jun 28 2013 20:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14781186      +EDI: PRA.COM Jun 28 2013 20:33:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
13847943       EDI: RMSC.COM Jun 28 2013 20:33:00      Pay Pal/GE Money Bank,    P.O. Box 960080,
               Orlando FL 32896-0080
14773147       EDI: RECOVERYCORP.COM Jun 28 2013 20:33:00      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13847944      +EDI: RMSC.COM Jun 28 2013 20:33:00      Sam's Club/GE Money Bank,    P.O. Box 965005,
               Orlando FL 32896-5005
13847945       EDI: SEARS.COM Jun 28 2013 20:33:00      Sears/Citibank (South Dakota), N.A.,    P.O. Box 6189,
               Sioux Falls SD 57117-6189
13882229      +E-mail/Text: bncmail@w-legal.com Jun 28 2013 20:35:54      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13847947      +EDI: WTRRNBANK.COM Jun 28 2013 20:33:00      Target National Bank,    P.O. Box 660170,
               Dallas TX 75266-0170
14763481      +EDI: OPHSUBSID.COM Jun 28 2013 20:33:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
               2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13847950      +EDI: WFNNB.COM Jun 28 2013 20:33:00      Victoria's Secret/WFNNB,    P.O. Box 659728,
               San Antonio TX 78265-9728
14769523      +EDI: BASSASSOC.COM Jun 28 2013 20:33:00      eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
13989542       EDI: ECAST.COM Jun 28 2013 20:33:00      eCAST Settlement Corporation assignee of Citibank,
               (South Dakota) NA,    POB 29262,    New York NY 10087-9262
                                                                                              TOTAL: 59

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0866-6          User: parlec              Page 3 of 4              Date Rcvd: Jun 28, 2013
                              Form ID: b9a              Total Noticed: 80

13973989*     +CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14739980*     +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, Az 85712-1083
14497882*      GE Capital Retail Bank,   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,
               Miami, FL 33131-1605
14498123*      GE Capital Retail Bank,   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,
               Miami, FL 33131-1605
14517678*      GE Capital Retail Bank,   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,
               Miami, FL 33131-1605
14673733*      Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
               Houston, TX  77210-4457
14292551*     +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
14292561*     +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
14292606*     +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13990332*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk VA 23541)
14457369*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   NORFOLK, VA 23541)
14773148*      Portfolio Investments II LLC,   c/o Recovery Management Systems Corporat,
               25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
13872637*    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur Inc.,   6565 Brady St.,   Davenport, IA  52806-2054)
14763483*     +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
14763484*     +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13847939    ##+NCO Financial Systems, Inc.,   1930 W. Bennett,   Suite 100,   Springfield MO 65807-1219
                                                                              TOTALS: 0, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2013**            **Signature:**    _Joseph Speetjens_

```
District/off: 0866-6          User: parlec              Page 4 of 4             Date Rcvd: Jun 28, 2013
                              Form ID: b9a              Total Noticed: 80


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2013 at the address(es) listed below:
              Evan Lincoln Moscov    on behalf of Creditor    Vanda, LLC evan.moscov@moscovlaw.com,
               ADVNotices@w-legal.com
              Fred Charles Moon     FCMoon@Moon-Attorneys.com, MO08@ecfcbis.com
              Kenneth P. Reynolds    on behalf of Debtor Victoria Lynn Long rggbank3@rgglaw.net,
               rggbank@gmail.com;rggbr3@gmail.com
              Lee J. Viorel, III    on behalf of Creditor Walter E. Tracy lviorel@lowtherjohnson.com,
               gthorn@lowtherjohnson.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Richard  Fink     ecfincdocs@WDMO13.com
              Richard S. Ralston    on behalf of Creditor    Back Bowl I, LLC richardr@w-legal.com,
               chapter-13@w-legal.com
              Sheryl L. Moreau    on behalf of Creditor    Missouri Department of Revenue bankruptcy@dor.mo.gov
                                                                                             TOTAL: 9
```